IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Keith A | Case Number: 07 B 15132 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 02/17/09 | Filed: 8/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 7, 2009
Confirmed: October 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,375.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,294.53 |
| Trustee Fee: | | 80.47 |
| Other Funds: | | 0.00 |
| Totals: | 1,375.00 | 1,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,504.00 | 1,294.53 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Unsecured | 0.00 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 15.03 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 325.00 | 0.00 |
| 9. | Sallie Mae | Unsecured | | No Claim Filed |
| 10. | Sallie Mae | Unsecured | | No Claim Filed |
| 11. | Sallie Mae | Unsecured | | No Claim Filed |
| 12. | Lincoln Tech | Unsecured | | No Claim Filed |
| 13. | Realty Consulting Services Inc | Unsecured | | No Claim Filed |
| 14. | Armor Systems Co | Unsecured | | No Claim Filed |
| | | | $ 3,844.03 | $ 1,294.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.90 |
| 6.5% | 36.57 |
| | $ 80.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Keith A | Case Number: 07 B 15132 |
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 8/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*